# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA



Noel Cain ,

VS.

**SUMMONS IN A CIVIL CASE**

CASE NO: 2:23-CV-02102-TLN-DB

Regional Recovery Services, Inc. ,


TO: **Regional Recovery Services, Inc.**

Defendant's Address:  c/o Robert G Schumann
 18505 Stewart Ave
 Homewood, IL 60430


**YOU ARE HEREBY SUMMONED** and required to serve on:

 **Alexander J. Taylor**
 **Sulaiman Law Group, Ltd.**
 **2500 S. Highland Avenue, Suite 200**
 **Lombard, IL 60148**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
---
CLERK

 /s/ **J. Donati**
---
(By) DEPUTY CLERK



ISSUED ON 2023-09-26 11:23:43
CLERK, USDC EDCA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-02102-TLN-DB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Noel Cain v Regional Recovery Services, Inc.
was received by me on *(date)*  10/13/2023

☐ I personally served the summons on the individual at *(place)*  18505 Stewart Ave., Homewood, IL 60430
on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* 
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Robert Schumann - Authorized to Accept , who is
designated by law to accept service of process on behalf of *(name of organization)*
Regional Recovery Services, Inc.  on *(date)*  10/18/2023 ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify)*:

My fees are $  for travel and $  for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  10/18/2023

*Server's signature*

Michael Costanza - Process Server
*Printed name and title*

FOR: R.O.S. Consulting, Inc. 117-001339
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc: