# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

SERVED

Noel Cain ,

CASE NO: 2:23-CV-02102-TLN-DB

vs.

**SUMMONS IN A CIVIL CASE**

Regional Recovery Services, LLC , et al. ,

TO:  **Regional Recovery Services, LLC**

Defendant's Address:    c/o REGISTERED AGENT
REGISTERED AGENTS INC
7901 4 ST N STE 300
ST PETERSBURG, FL 33702

**YOU ARE HEREBY SUMMONED** and required to serve on:

**Alexander J. Taylor**
**Sulaiman Law Group, Ltd.**
**2500 S. Highland Ave., Suite 200**
**Lombard, IL 60148**

an answer to the complaint which is served on you with this summons, **within 21 days after
service of this summons on you,** exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.



**KEITH HOLLAND**
_____
CLERK

**/s/  A. Benson**
_____
(By) DEPUTY CLERK

**ISSUED ON 2023-10-25 08:56:56**
**CLERK, USDC EDCA**

# VERIFIED RETURN OF SERVICE

**Client Info:**

Paul Pankiewicz - R.O.S. Consulting, Inc
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL  60585

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | UNITED STATES DISTRICT COURT |
| Noel Cain | |
| -versus- | Court Case # **2:23-cv-02102-TLN-DB** |
| **DEFENDANT:** | |
| Regional Recovery Services, LLC , et al | |

**Service Info:**

**Received by Doreen Campbell: on November, 10th 2023 at 10:43 AM**
**Service:** I Served **Regional Recovery Services, LLC**
With: **SUMMONS, COMPLAINT**
by leaving with **David Packard, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

**At Business 7901 4 ST N STE 300 ST SAINT PETERSBURG, FL 33702**
Latitude: **27.844401**,  Longitude: **-82.638207**

On **11/14/2023 at 04:57 PM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

**Served Description:  (Approx)**

Age: **35**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 0"**, Weight: **175**, Hair: **Brown** Glasses:  **Yes**

I **Doreen Campbell** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Doreen Campbell**
Lic # **APS 35262**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # Alexander J. Taylor Sulaiman Law Group, Ltd.
Ref # 65516


